SCWC-19-0000023

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DL,
Petitioner/Plaintiff-Appellant,

vs.

CL,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000023; FC-D NO. 1DV16-1-001014

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Somerville, assigned by reason of vacancy)

Petitioner/Plaintiff-Appellant's Application for Writ of Certiorari, filed on July 29, 2020, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 9, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Rowena A. Somerville

